MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Tel.: (212) 637-2718
Fax: (212) 637-2786
david.bober@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HARMEET SINGH,

                Petitioner,

    -against-

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, et al.,

                Respondents.

------------------------------------------------------------ x

No. 07 Civ. 10700 (DCF)

**NOTICE OF MOTION**

*[Handwritten annotations: Motion withdrawn by counsel by letter to the Court dated 6/11/08.*
*SO ORDERED: DATE: 6/13/08*
*DEBRA FREEMAN*
*UNITED STATES MAGISTRATE JUDGE*

*MEMO ENDORSED]*

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Motion of Defendants Michael Chertoff, Secretary of Homeland Security; Michael B. Mukasey, Attorney General of the Unites States; and United States Citizenship and Immigration Services to Dismiss the Complaint, and upon all the pleadings filed in this action, respondents, by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just.

Dated: New York, New York
      April 28, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendants

By: _____
                                      DAVID BOBER
                                      Assistant United States Attorney
                                      86 Chambers Street, 3d Floor
                                      New York, NY  10007
                                      Telephone:  (212) 637-2718
                                      Facsimile:  (212) 637-2786